FILED
CHARLOTTE, N. C.

FEB 23 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:06Mj 23 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL YASHEMIA BYERS | ) | |
| | ) | ORDER SEALING ARREST WARRANT, |
| | ) | CRIMINAL COMPLAINT, AND |
| | ) | AFFIDAVIT |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Arrest Warrant, Criminal Complaint, Affidavit, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavits and Applications, the Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 23rd day of February, 2006.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE